## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Civil Action
No: 26-10888-WGY

Lolonyon Y Akouete
Appellant
v.
Jonathan Goldsmith et al

Appellee

ORDER OF DISMISSAL

YOUNG,D.J.

In accordance with the Court's oral order at the May 27, 2026 hearing AFFIRMING the orders of the Bankruptcy Court, it is hereby ORDERED that the above-entitled appeal be and hereby is DISMISSED.

SO ORDERED.

Robert M. Farrell Clerk
of Court

By:

/s/ Kellyann Belmont
    Deputy Clerk

May 28, 2026